# IN THE SUPREME COURT OF THE STATE OF NEVADA

ANTHONY GRECO,
Petitioner,
vs.
THE STATE OF NEVADA,
Respondent.

No. 71331

**FILED**

NOV 17 2016

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DENYING PETITION

This petition for a writ of mandamus challenges a judgment of conviction.[1] Without deciding upon the merits of any claims raised in the documents submitted in this matter, we decline to exercise our original jurisdiction. *See* NRS 34.160; NRS 34.170. A challenge to the validity of the judgment of conviction must be raised in a postconviction petition for a writ of habeas corpus filed in the district court in the first instance. NRS 34.724(2)(b); NRS 34.738(1).[2] Accordingly, we

ORDER the petition DENIED.

_____, C.J.
Parraguirre

_____, J.
Hardesty

_____, J.
Pickering

---

[1]The motion for appointment of counsel is denied.

[2]We express no opinion as to whether petitioner could meet the procedural requirements of NRS chapter 34.

16-35945

cc: Anthony Greco
Attorney General/Carson City
Nye County District Attorney
Attorney General/Las Vegas
Nye County Clerk